

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-1048-14

**FRANK EDWARD REEVES, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON APPELLANT'S MOTION FOR BAIL PENDING APPEAL
### UNDER ARTICLE 44.04(h), V.A.C.C.P.
### FROM THE SEVENTH COURT OF APPEALS
### HALE COUNTY

### **O R D E R**

Appellant was convicted of felony driving while intoxicated after pleading guilty. He was sentenced by a jury to ten years confinement and a fine of $10,000. The Court of Appeals reversed the conviction and remanded the case to the trial court. *Reeves v. State*, No. 07-13-00324-CR (Tex. App.–Amarillo July 8, 2014)(not designated for publication). The State filed a petition for discretionary review in this Court.

Appellant has applied to this Court under Article 44.04(h) of the Code of Criminal Procedure, to set a reasonable bail pending final determination of the appeal. However,

before this Court can set bail we must have adequate information upon which to determine a reasonable amount. Appellant fails to provide adequate information. *See Montalvo v. State*, 786 S.W.2d 710 (Tex. Crim. App. 1989).

Therefore, appellant must redraft his request for bail under Article 44.04(h) in order for this Court to set a reasonable bail.

IT IS SO ORDERED this the 10th day of October, 2014.

PER CURIAM

Do not publish.